IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MATTHEW AUGUST LeFANDE,  )
                                                   )
             Plaintiff,                )
                                                 )
      v.                           )      No. 1:10-cv-001 (AJT/TRJ)
                                                 )
NEADIE L. MOORE,              )
BURTON THOMAS WALKER,  )
LISA DIGIORGIO MCGEE      )
                                               )
            Defendants.        )
_____)

## **ORDER**

This matter is before the Court on the Motion to Dismiss Complaint (Doc. No. 16) filed by Defendants Neadie L. Moore, Burton Thomas Walker, and Lisa Digiorgio McGee. Upon consideration of the Motion, the opposition thereto, the arguments of counsel at the hearing held on this Motion on February 26, 2010, and supplemental briefing filed by the parties on April 30, 2010, and for reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that on the Motion to Dismiss Complaint (Doc. No. 16) filed by Defendants Neadie L. Moore, Burton Thomas Walker, and Lisa Digiorgio be, and the same hereby is, GRANTED, and that Counts I, II, and III of the Complaint (Doc. No. 1) be, and the same hereby are, DISMISSED with prejudice, and that Counts IV and V of the Complaint (Doc. No. 1) be, and the same hereby are, DISMISSED without prejudice.

The Clerk is directed to forward copies of this Order and the accompanying memorandum opinion to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 26, 2010